AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Columbia

Phillip B. Shane

V.

UNITED STATES GOVERNMENT

**SUMMONS IN A CIVIL ACTION**

Case: 1:07-cv-00577
Assigned To : Walton, Reggie B.
Assign. Date : 3/26/2007
Description: SHANE v. USA

JURY ACTION

TO: (Name and address of Defendant)

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Phillip B. Shane
P.O. Box 347
Dunsmuir, California
96025

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    MAR 23 2007
CLERK                                       DATE

(By) DEPUTY CLERK

| Registered No. RC041967782US | | | | Date Stamp |
|---|---|---|---|---|
| Reg. Fee | $7.90 | | | 0067 |
| Handling Charge | $0.00 | Return Receipt | $1.85 | 02 |
| Postage | $4.05 | Restricted Delivery | $0.00 | 04/18/07 |
| Received By: [signature] | | | | |
| Customer Must Declare Full Value $ $0.00 | | ☐ With Postal Insurance<br>☒ Without Postal Insurance | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |

To Be Completed By Post Office

**OFFICIAL USE**

FROM:
Phillip B. Shane
P.O. Box 349
Dunsmuir, CA. 96025

TO:
Alberto Gonzales
United States Attorney General
Civil Process Clerk
950 Pennsylvania Avenue
Washington, D.C. 20530

PS Form **3806**, **Receipt for Registered Mail**    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com* ®

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4/18/07 | |
| NAME OF SERVER *(PRINT)* Carolyn Carleton | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): USPS Registered Mail # RC041967782US

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/18/07
              Date

Signature of Server: Carolyn Carleton

Address of Server: 1104 McCloud Ave., Mt. Shasta CA 96067

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **RC04 1967 782U S**
Status: **Delivered**

Your item was delivered at 10:55 AM on April 23, 2007 in WASHINGTON, DC 20530.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust      Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Columbia

Phillip B. Shane

V.

UNITED STATES GOVERNMENT

**SUMMONS IN A CIVIL ACTION**

Case: 1:07-cv-00577
Assigned To : Walton, Reggie B.
Assign. Date : 3/26/2007
Description: SHANE v. USA

TO: (Name and address of Defendant)

Civil Process Clerk
JEFFREY A. TAYLOR
United States Attorney
District of Columbia
Building 555 4th Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Phillip B. Shane
P.O. Box 347
Dunsmuir, California
96025

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                        MAR 23 2007
CLERK                                                                       DATE

(By) DEPUTY CLERK

| Registered No. | RC041967796US | Date Stamp |
|---|---|---|
| Reg. Fee | $7.90 | 0067 |
| Handling Charge | $0.00 | 02 |
| Return Receipt | $1.85 | 04/18/07 |
| Postage | $4.05 | |
| Restricted Delivery | $0.00 | |

Received by: [signature]

Customer Must Declare Full Value $  $0.00

☐ With Postal Insurance
☑ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International indemnity is limited. (See Reverse).

OFFICIAL USE

FROM:
Phillip B Shane
P.O. Box 347
Dunsmuir, CA. 96025

TO:
JEFFREY TAYLOR
UNITED STATES ATTORNEY
DISTRICT OF COLUMBIA
CIVIL PROCESS CLERK
555 4TH STREET
WASHINGTON, D.C. 20530

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 4/18/07 |
| NAME OF SERVER *(PRINT)* Carolyn Carleton | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): USPS Registered # RC0419677 96US

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/18/07
             *Date*          *Signature of Server*

              1104 McCloud Ave. Mt. Shasta CA 96067
              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.


UNITED STATES
POSTAL SERVICE®

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **RC04 1967 796U S**
Status: **Delivered**

Your item was delivered at 10:55 AM on April 23, 2007 in WASHINGTON, DC 20530.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInqui...   05/02/2007