UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
PHILLIP SHANE,                        )
                                      )
         Plaintiff,                   )
                                      )
    v.                                )   Civil Action No.  07-577 (RBW)
                                      )
UNITED STATES OF AMERICA,             )
                                      )
         Defendant.                   )
_____)

### ORDER

Currently before the Court is the government's August 1, 2007 motion to dismiss the pro se plaintiff's amended complaint. The plaintiff has not responded to the government's motion.

The District of Columbia Circuit Court of Appeals has held that a district court must take pains to advise a pro se party of the consequences of failing to respond to a dispositive motion. Fox v. Strickland, 837 F.2d 507, 509 (D.C. Cir. 1988). "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. Accordingly, it is hereby

**ORDERED** that plaintiff shall respond to the defendant's motion to dismiss no later than September 15, 2007. See LCvR 7(b) (stating that oppositions to dispositive motions must be filed "[w]ithin 11 days of the date of service or at such other time as the Court may direct"). If plaintiff neither responds nor moves for an extension of time by the due date, the Court will treat the motion as conceded and enter judgment in favor of the defendants. See id.

(stating that "[i]f such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded").

**SO ORDERED** this 29th day of August, 2007.

REGGIE B. WALTON  
United States District Judge