UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP B. SHANE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-577 (RBW) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**ORDER**

Pursuant to a memorandum opinion entered this same date, it is

**ORDERED** that the United States['s] Motion to Dismiss Amended Complaint is **GRANTED**. It is further

**ORDERED** that the plaintiff's Amended Verified Complaint, Petition, and Claim for Judicial Review and for Damages in the Nature of a Complaint, Petition, and Claim for Judicial Review and for Damages under the Authority of 26 U.S.C. § 7433 is **DISMISSED** in its entirety. It is further

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 9th day of January, 2008.

REGGIE B. WALTON
United States District Judge